Reedie E. JOHNSON, Claimant–Appellant.

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7187.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

Reedie E. Johnson moves to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

(3) Each side shall bear its own costs.